UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARY H. OLDAK,

                      Plaintiff,                      **REPORT AND RECOMMENDATION**

    - against -                                           **CV-18-3416 (ARR)**

SOUNDVIEW CINEMAS, INC., et al.,

                      Defendant.
-------------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

        Having presided at the conference where the settlement was reached, and having reviewed the Motion for Settlement and plaintiff's letter dated July 25, 2019, Docket Entry 29, and having held a fairness hearing on August 27, 2019, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). I therefore recommend that the settlement be approved, and the case be dismissed with prejudice.

        **SO ORDERED.**

                                                                                            /s/
                                                              **STEVEN L. TISCIONE**
                                                              **UNITED STATES MAGISTRATE JUDGE**

**Dated:** September 3, 2019
        Brooklyn, New York